UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RAY ANTHONY SHORTER,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. CV-16-15 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Magistrate Judge Johnston's Findings and Recommendations are ADOPTED IN FULL.

2. Defendant's Motion for Summary Judgment is GRANTED.

2. The case is DISMISSED with prejudice.

///

///

Dated this 25th day of July, 2017.

                          TYLER P. GILMAN, CLERK

                          By: /s/ S. Redding
                          S. Redding, Deputy Clerk